AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

GERARD B. and MARGARET B.,
as Parents and Nearest Friends of KELSEY B.,
                    Plaintiffs


                    v.                          CASE NUMBER: 1:CV-01-1082

CAMP HILL SCHOOL DISTRICT,
                    Defendant

**FILED**
HARRISBURG

MAY - 8 2003

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of plaintiffs Gerard B. and Margaret B. and against defendant Camp Hill School District on all claims.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment be and is hereby entered as follows: Defendant shall reimburse Plaintiffs for tuition and reasonable transportation costs for placement of Kelsey at the Janus School for the 2000-2001 school year, $20,620 for tuition and $179 per month for transportation. Defendant shall also reimburse Plaintiffs for the actual cost of the IEE of Dr. Alan Babcock.

**Date:** May 8, 2003

Mary E. D'Andrea, Clerk of Court

*Jennifer Kennedy*

(By) Jennifer Kennedy, Deputy Clerk