# ORIGINAL

1 to 6

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD B. and MARGARET F., as Parents and Nearest Friends of KELSEY B.,     Plaintiffs | ) ) ) |
| v. | ) No. 1:CV-01-1082 ) ) |
| CAMP HILL SCHOOL DISTRICT,     Defendant | ) ) ) |

**FILED**
**HARRISBURG, PA**

MAY 23 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## MOTION FOR
## ATTORNEY'S FEES AND COSTS AND RELATED EXPENSES

Pursuant to this Court's Order of May 7, 2003, and the Individuals with Disabilities Act (IDEA), 20 U.S.C. §1415(i)(3)(B), Gerard B. and Margaret F. (formerly Margaret F. B.), as Parents and Nearest Friends of Kelsey B., by and through their attorneys, Gibbel, Kraybill & Hess, hereby move this Court for an award of attorney's fees and reimbursement of costs. As the prevailing party in this action, Gerard B. and Margaret F. seek an award of fees and costs expended in pursuing a Due Process Hearing resulting in a favorable decision by a Special Education Hearing Officer dated February 26, 2001, and in appealing the unfavorable decision from the Special Education Appeals Panel in their Opinion No. 1111 dated April 20, 2001. In support of this Motion, Gerard B. and Margaret F. submit the accompanying Memorandum of Law and Exhibits, which are incorporated by reference as though fully set forth herein.

WHEREFORE, Gerard B. and Margaret F. request that their Motion be granted and that they be awarded attorney's fees in the amount of $29,549.51, and costs of expert testimony of Alan Babcock in the amount of $395.00.  All fees are to be paid by the Camp Hill School District.

Respectfully submitted,

GIBBEL, KRAYBILL & HESS

By: _____

Vivian B. Narehood
Attorney for Plaintiffs
41 East Orange Street
Lancaster, PA  17602
(717) 291-1700
Sup. Ct. Atty. I.D. #59866