IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GERARD B. and MARGARET F., as Parents and   )
Nearest Friends of KELSEY B.,                   )
    Plaintiffs                             )
                                   )  No. 1:CV-01-1082
       v.                            )
                                   )
CAMP HILL SCHOOL DISTRICT,         )
    Defendant

## O R D E R

On this _____ day of _____, 2003, upon consideration of Gerard B.'s and Margaret F.'s Motion for Attorney's Fees and Costs and Related Expenses, it is hereby ORDERED as follows:

1.      The Motion is GRANTED.

2.      Gerard B. and Margaret F., as Parents and Nearest Friends of Kelsey B. are the prevailing party in this litigation, and are entitled to attorney's fees and costs and related expenses pursuant to 20 U.S.C. §1415(i)(3)(B).

3.      The counsel's lodestar amount of $29,265.50 is fair and reasonable. The amount of time spent by counsel, 321.7 hours, is reasonable considering the work accomplished. The hourly rate of $165.00 to $175.00 per hour charged by counsel for Gerard B. and Margaret F. is

reasonable, given her experience and prevailing market rates. Further, to save costs where possible, counsel utilized the services of her paralegal/law clerk, billed out at the rate of $60.00/hour.

4.    The expenses incurred by counsel in the amount of $284.01 are fair and reasonable.

5.    The cost of expert testimony by Alan Babcock in the amount of $395.00 is fair and reasonable.

5.    The Camp Hill School District is directed to pay Gerard B.'s and Margaret F.'s counsel, Vivian B. Narehood, a total amount of $29,549.51 in attorney's fees and costs. The Camp Hill School District is directed to pay to Gerard B. and Margaret F. the sum of $395.00 as reimbursement for the cost of testimony of their expert, Alan Babcock. These payments shall be made no later than fourteen (14) days from the date of this Order.

6.    If this Motion is disputed, Gerard B. and Margaret F. may file a motion for an award of any additional attorney's fees and costs incurred in connection with the litigation of this Motion within thirty (30) days of the date this Order is entered.

BY THE COURT:

_____
Yvette Kane, United States District Judge

Attest:

_____