ORIGINAL

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
HARRISBURG, PA

JUN 0 3 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

GERARD B. and MARGARET F., as Parents and )
Nearest Friends of KELSEY B., )
    Plaintiffs )
                   ) No. 1:CV-01-1082
    v. )
                   )
CAMP HILL SCHOOL DISTRICT, )
    Defendant

## AMENDED MOTION FOR
## ATTORNEY'S FEES AND COSTS AND RELATED EXPENSES

    Gerard B. and Margaret F., as Parents and Nearest Friends of Kelsey B., hereby amend

the Motion for Attorney's Fees and Costs and Related Expenses filed with this Court, to include

a copy of the bills and invoices for the attorney's fees to Gibbel, Kraybill & Hess and for the

costs of expert testimony of Alan Babcock. These invoices and bills were inadvertently omitted

from the original Motion and Memorandum of Law filed, and are included herein as Exhibit "A"

to that Motion and Memorandum of Law.

    Pursuant to this Court's Order of May 7, 2003, and the Individuals with Disabilities Act

(IDEA), 20 U.S.C. §1415(i)(3)(B), Gerard B. and Margaret F. (formerly Margaret F. B.), as

Parents and Nearest Friends of Kelsey B., by and through their attorneys, Gibbel, Kraybill & Hess, hereby move this Court for an award of attorney's fees and reimbursement of costs. As the prevailing party in this action, Gerard B. and Margaret F. seek an award of fees and costs expended in pursuing a Due Process Hearing resulting in a favorable decision by a Special Education Hearing Officer dated February 26, 2001, and in appealing the unfavorable decision from the Special Education Appeals Panel in their Opinion No. 1111 dated April 20, 2001. In support of this Motion, Gerard B. and Margaret F. submit the accompanying Memorandum of Law and Exhibits, which are incorporated by reference as though fully set forth herein.

WHEREFORE, Gerard B. and Margaret F. request that their Motion be granted and that they be awarded attorney's fees in the amount of $29,549.51, and costs of expert testimony of Alan Babcock in the amount of $395.00. All fees are to be paid by the Camp Hill School District.

Respectfully submitted,

GIBBEL, KRAYBILL & HESS

By: _____
Vivian B. Narehood
Attorney for Plaintiffs
41 East Orange Street
Lancaster, PA  17602
(717) 291-1700
Sup. Ct. Atty. I.D. #59866

2

*A*

GIBBEL KRAYBILL & HESS
41 EAST ORANGE STREET
LANCASTER PA  17602

(717) 291-1700

August 9, 2000

Billed through 07/31/00

Bill Number        017020-00001-002 VBN

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

EDUCATION OF KELSEY

FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| 07/25/00 | Initial consultation with new clients; review records. | |
| 07/28/00 | Organize file. | |

Fees charged for this matter          $       432.00

BILLING SUMMARY

Current Fees                          $       432.00
                                      ------------
TOTAL CURRENT CHARGES FOR THIS BILL   $       432.00

GIBBEL KRAYBILL & HESS
41 EAST ORANGE STREET
LANCASTER PA  17602

(717) 291-1700

September 11, 2000

Billed through 08/31/00

Bill number        017020-00001-003 VBN

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

EDUCATION OF KELSEY

FOR PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hrs | Rate | Amount |
|------|------|-------------|-----|------|--------|
| 08/01/00 | VBN | E-mail from client. | .20 hrs | 165 /hr | 33.00 |
| 08/11/00 | SDW | Organize documents from District in file. | | | |
| | | | .40 hrs | 65 /hr | 26.00 |
| 08/22/00 | VBN | E-mail from client. | .20 hrs | 165 /hr | 33.00 |
| 08/24/00 | VBN | Telephone call from R. Skeyer, re: camp. | | | |
| | | | .50 hrs | 165 /hr | 82.50 |
| | | Vivian B. Narehood | .90 hrs | 165 /hr | 148.50 |
| | | Sandra D. Wolski | .40 hrs | 65 /hr | 26.00 |

Fees charged for this matte   1.30 hrs    $     174.50

BILLING SUMMARY

Current Fees                                $     174.50
                                         ------------
TOTAL CURRENT CHARGES FOR THIS BILL        $     174.50

PAYMENT DUE UPON RECEIPT-INCLUDE BILL #. A Finance
Charge of 1-1/2% per month (APR of 18%) will be added
for all amounts 60 days past due.



GIBBEL KRAYBILL & HESS
41 EAST ORANGE STREET
LANCASTER PA  17602

(717) 291-1700

October 9, 2000

Billed through 09/30/00

Bill number        017020-00001-004 VBN

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011


EDUCATION OF KELSEY

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/19/00 | SDW | Review file and prepare rough draft of exhibit package. | 1.40 hrs | 65 /hr | 91.00 |
| 09/26/00 | SDW | Prepare exhibit package for copying. | .80 hrs | 65 /hr | 52.00 |
| 09/30/00 | VBN | Review and analyze exhibits in preparation for hearing. | 3.00 hrs | 165 /hr | 495.00 |
| | | Vivian B. Narehood | 3.00 hrs | 165 /hr | 495.00 |
| | | Sandra D. Wolski | 2.20 hrs | 65 /hr | 143.00 |

Fees charged for this matte    5.20 hrs      $        638.00

DISBURSEMENTS

09/27/00      Photocopy charge                              27.60
                                                      ------------
              Disbursements charged for this matter   $     27.60

BILLING SUMMARY

              Current Fees                       $        638.00

              Current Disbursements              $         27.60
                                                   ------------
              TOTAL CURRENT CHARGES FOR THIS BILL  $      665.60

**GIBBEL KRAYBILL & HESS**
41 EAST ORANGE STREET
LANCASTER PA 17602
(717)291-1700

November 16, 2000

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

Invoice#  12514    VBN
Our file#     017020    00001
Billed through    10/31/2000

**EDUCATION OF KELSEY**

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| 10/03/2000 | VBN | Telephone calls from client; Review District's exhibits. | | | | |
| | | | 2.20   hrs | 175.00 | /hr | 385.00 |
| 10/04/2000 | VBN | Telephone call from Alan Babcock. | | | | |
| | | | 0.40   hrs | 175.00 | /hr | 70.00 |
| 10/05/2000 | VBN | Meet with client; Review Alan Babcock's data; Plan questions for Dr. Morales-Brand. | | | | |
| | | | 5.00   hrs | 175.00 | /hr | 875.00 |
| 10/06/2000 | VBN | Prepare opening statement. | | | | |
| | | | 2.00   hrs | 175.00 | /hr | 350.00 |
| 10/06/2000 | VBN | Prepare cross-examination of witnesses. | | | | |
| | | | 7.00   hrs | 175.00 | /hr | 1,225.00 |
| 10/09/2000 | VBN | Review correspondence from counselor. | | | | |
| | | | 0.50   hrs | 175.00 | /hr | 87.50 |
| 10/09/2000 | VBN | Revise opening statement. | | | | |
| | | | 1.00   hrs | 175.00 | /hr | 175.00 |
| 10/10/2000 | VBN | Travel to and attend Due Process Hearing. | | | | |
| | | | 8.00   hrs | 175.00 | /hr | 1,400.00 |
| 10/11/2000 | VBN | Letter to Attorney Davidson; Follow-up for more information. | | | | |
| | | | 1.00   hrs | 175.00 | /hr | 175.00 |

| 10/23/2000 | VBN | Prepare for Hearing; meet with client. | | | | |
|---|---|---|---|---|---|---|
| | | | 2.00 | hrs | 175.00 | /hr | 350.00 |
| 10/24/2000 | VBN | Prepare for Hearing, Healey & Fitzgerald testimony. | | | | |
| | | | 7.00 | hrs | 175.00 | /hr | 1,225.00 |
| 10/25/2000 | VBN | Review Babcock's report; Stebbins/Morales-Brand. | | | | |
| | | | 1.80 | hrs | 175.00 | /hr | 315.00 |
| Narehood, Vivian B. | | | 37.90 | hrs | 175.00 | /hr | 6,632.50 |

|  |  |
|---|---|
| | 37.90 hrs |
| Fees charged for this matter | $6,632.50 |

## DISBURSEMENTS

| 10/06/2000 | Photocopy charge - Reliance Reprographics | 20.22 |
|---|---|---|
| | Expenses charged for this matter | $20.22 |

## BILLING SUMMARY

| Current Fees | $6,632.50 |
|---|---|
| Current disbursements | $20.22 |
| TOTAL CURRENT CHARGES FOR THIS BILL | $6,652.72 |

### GIBBEL KRAYBILL & HESS
41 EAST ORANGE STREET
LANCASTER PA 17602
(717)291-1700

December 12, 2000

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

Invoice# 12852   VBN
Our file# 017020   00001
Billed through  11/30/2000

## EDUCATION OF KELSEY

### FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 11/07/2000 | VBN | Prepare outline for interview of Janus witnesses. | | | | | |
| | | | 0.60 | hrs | 175.00 | /hr | $105.00 |
| 11/08/2000 | VBN | Meet with witnesses from Janus. | | | | | |
| | | | 1.50 | hrs | 175.00 | /hr | $262.50 |
| 11/13/2000 | VBN | Telephone call to Kelly Peters at Janus. | | | | | |
| | | | 0.30 | hrs | 175.00 | /hr | $52.50 |
| 11/14/2000 | VBN | Prepare questions for Alan Babcock's testimony. | | | | | |
| | | | 2.00 | hrs | 175.00 | /hr | $350.00 |
| 11/27/2000 | VBN | Telephone conference with Alan Babcock, re: testimony at hearing. | | | | | |
| | | | 1.00 | hrs | 175.00 | /hr | $175.00 |
| 11/30/2000 | VBN | Trial preparation; telephone conference and fax correspondence to Attorney Stevens. | | | | | |
| | | | 4.50 | hrs | 175.00 | /hr | $787.50 |
| Narehood, Vivian B. | | | 9.90 | hrs | 175.00 | /hr | $1,732.50 |

**Fees charged for this matter**                    9.90  hrs            $1,732.50

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 11/10/2000 | UPS Shipment -K W Davidson, Esq. | $12.00 |

**Expenses charged for this matter**                              $12.00

### BILLING SUMMARY

| | |
|---|---|
| Current Fees | $1,732.50 |
| Current disbursements | $12.00 |
| **TOTAL CURRENT CHARGES FOR THIS BILL** | $1,744.50 |



**GIBBEL KRAYBILL & HESS**
41 EAST ORANGE STREET
LANCASTER PA 17602
(717)291-1700

January 16, 2001

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

Invoice# 13299    VBN
Our file#    017020    00001
Billed through    12/31/2000

**EDUCATION OF KELSEY**

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | | Rate | | Amount |
|------|------|-------------|-------|------|------|------|--------|
| 12/01/2000 | VBN | Attend Due Process Hearing | | | | | |
| | | | 4.00 | hrs | 175.00 | /hr | $700.00 |
| 12/26/2000 | VBN | Review Janus documents and draft questions for hearing. | | | | | |
| | | | 3.00 | hrs | 175.00 | /hr | $525.00 |
| 12/28/2000 | VBN | Summarize transcript. | | | | | |
| | | | 3.00 | hrs | 175.00 | /hr | $525.00 |
| 12/29/2000 | VBN | Trial preparation. | | | | | |
| | | | 3.00 | hrs | 175.00 | /hr | $525.00 |
| Narehood, Vivian B. | | | 13.00 | hrs | 175.00 | /hr | $2,275.00 |

**Fees charged for this matter**                   13.00  hrs                   $2,275.00

BILLING SUMMARY

Current Fees                                                                $2,275.00

TOTAL CURRENT CHARGES FOR THIS BILL                     $2,275.00

# BBEL KRAYBILL & HESS
**41 EAST ORANGE STREET**
**LANCASTER PA  17602**
**(717)291-1700**

February 12, 2001

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

Invoice# 13819   VBN
Our file#   017020   00001
Billed through   01/31/2001

## EDUCATION OF KELSEY

### FOR PROFESSIONAL SERVICES RENDERED

| Date | Code | Description | Hrs | Rate | | Amount |
|---|---|---|---|---|---|---|
| 01/01/2001 | LC2 | Review and summarize Babcock expert testimony | | | | |
| | | | 7.10 hrs | 60.00 | /hr | $426.00 |
| 01/03/2001 | LC2 | Finalize summary of Babcock testimony | | | | |
| | | | 1.25 hrs | 60.00 | /hr | $75.00 |
| 01/03/2001 | VBN | Meet with client, re: testimony at hearing; trial preparation. | | | | |
| | | | 2.50 hrs | 175.00 | /hr | $437.50 |
| 01/03/2001 | VBN | Meet with Janus School witnesses. | | | | |
| | | | 1.60 hrs | 175.00 | /hr | $280.00 |
| 01/08/2001 | VBN | Review and revise questions for parent. | | | | |
| | | | 2.00 hrs | 175.00 | /hr | $350.00 |
| 01/08/2001 | VBN | Draft closing argument. | | | | |
| | | | 2.00 hrs | 175.00 | /hr | $350.00 |
| 01/09/2001 | LC2 | Attended DP hearing with VBN (not billable) | | | | |
| | | | 5.50 hrs | 60.00 | /hr | $330.00 |
| 01/09/2001 | VBN | Attend Due Process Hearing. | | | | |
| | | | 6.00 hrs | 175.00 | /hr | $1,050.00 |
| 01/12/2001 | VBN | Travel to and attend final day of Due Process Hearing. | | | | |
| | | | 4.00 hrs | 175.00 | /hr | $700.00 |
| 01/17/2001 | VBN | Revise closing argument. | | | | |
| | | | 2.00 hrs | 175.00 | /hr | $350.00 |
| 01/18/2001 | VBN | Revise second half of closing argument. | | | | |

COPY

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 2.00 | hrs | 175.00 | /hr | $350.00 |
| 01/22/2001 | VBN | Final draft of closing. | | | | |
| | | 5.00 | hrs | 175.00 | /hr | $875.00 |
| 01/23/2001 | VBN | Review District's closing argument. | | | | |
| | | 0.50 | hrs | 175.00 | /hr | $87.50 |
| Narehood, Vivian B. | | 27.60 | hrs | 175.00 | /hr | $4,830.00 |
| 2, Law Clerk | | 13.85 | hrs | 60.00 | /hr | $831.00 |

**Fees charged for this matter**    41.45  hrs    $5,661.00

BILLING SUMMARY

Current Fees    $5,661.00

TOTAL CURRENT CHARGES FOR THIS BILL    $5,661.00



**GIBBEL KRAYBILL & HESS**
41 EAST ORANGE STREET
LANCASTER PA 17602
(717)291-1700

March 12, 2001

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

Invoice# 14276    VBN
Our file#    017020    00001
Billed through   02/28/2001

**EDUCATION OF KELSEY**

FOR PROFESSIONAL SERVICES RENDERED

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/26/2001 | VBN | Review Hearing Officer's opinion. | | | | | |
| | | | 1.00 | hrs | 175.00 | /hr | $175.00 |
| Narehood, Vivian B. | | | 1.00 | hrs | 175.00 | /hr | $175.00 |
| **Fees charged for this matter** | | | | | 1.00 | hrs | $175.00 |

BILLING SUMMARY

| | |
|---|---|
| Current Fees | $175.00 |
| TOTAL CURRENT CHARGES FOR THIS BILL | $175.00 |



**GIBBEL KRAYBILL & HESS**
41 EAST ORANGE STREET
LANCASTER PA  17602
(717)291-1700

April 16, 2001

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

Invoice#  14714    VBN
Our file#    017020    00001
Billed through    03/31/2001

## EDUCATION OF KELSEY

<u>FOR PROFESSIONAL SERVICES RENDERED</u>

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/16/2001 | VBN | Review and analyze appeal. | | | | |
| | | | 2.00 | hrs | 175.00 /hr | $350.00 |
| 03/20/2001 | VBN | Revise brief. | | | | |
| | | | 3.00 | hrs | 175.00 /hr | $525.00 |
| 03/21/2001 | VBN | Review e-mail from client, re: appeal. | | | | |
| | | | 0.20 | hrs | 175.00 /hr | $35.00 |
| 03/22/2001 | VBN | Final draft of brief. | | | | |
| | | | 2.00 | hrs | 175.00 /hr | $350.00 |
| Narehood, Vivian B. | | | 7.20 | hrs | 175.00 /hr | $1,260.00 |
| | | **Fees charged for this matter** | 7.20 | hrs | | $1,260.00 |

<u>BILLING SUMMARY</u>

| | |
|---|---|
| Current Fees | $1,260.00 |
| TOTAL CURRENT CHARGES FOR THIS BILL | $1,260.00 |



**GIBBEL KRAYBILL & HESS**
41 EAST ORANGE STREET
LANCASTER PA  17602
(717)291-1700

May 14, 2001

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

Invoice#  15282    VBN
Our file#   017020    00001
Billed through   04/30/2001

**EDUCATION OF KELSEY**

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | | | | |
|---|---|---|---|---|---|---|
| 04/25/2001 | VBN | Review Appeals Panel Decision. | | | | |
| | | | 0.50 | hrs | 175.00 | /hr | $87.50 |
| Narehood, Vivian B. | | | 0.50 | hrs | 175.00 | /hr | $87.50 |

**Fees charged for this matter**               0.50  hrs          $87.50

DISBURSEMENTS

04/05/2001    UPS Shipment - Harrisburg, PA                $10.25

**Expenses charged for this matter**                          $10.25

BILLING SUMMARY

Current Fees                          $87.50
Current disbursements                 $10.25
                                      _____
TOTAL CURRENT CHARGES FOR THIS BILL          $97.75

# GIBBEL KRAYBILL & HESS

41 EAST ORANGE STREET
LANCASTER PA  17602
(717)291-1700

July 18, 2001

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

Invoice#  16235    VBN
Our file#    017020    00001
Billed through   06/30/2001

## EDUCATION OF KELSEY

### FOR PROFESSIONAL SERVICES RENDERED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/28/2001 | VBN | Outline Appeal; Review decisions and briefs. | | | | | |
| | | | 3.50 | hrs | 175.00 | /hr | $612.50 |
| 06/03/2001 | VBN | Draft Complaint. | | | | | |
| | | | 1.50 | hrs | 175.00 | /hr | $262.50 |
| 06/05/2001 | VBN | Revise complaint. | | | | | |
| | | | 2.00 | hrs | 175.00 | /hr | $350.00 |
| 06/10/2001 | VBN | Revise complaint. | | | | | |
| | | | 1.30 | hrs | 175.00 | /hr | $227.50 |
| 06/12/2001 | VBN | Final draft of complaint. | | | | | |
| | | | 0.50 | hrs | 175.00 | /hr | $87.50 |
| Narehood, Vivian B. | | | 8.80 | hrs | 175.00 | /hr | $1,540.00 |

**Fees charged for this matter**          8.80  hrs          $1,540.00

### DISBURSEMENTS

06/19/2001     Clerk, U.S. District Court - filing fee          $150.00

**Expenses charged for this matter**          $150.00

### BILLING SUMMARY

Current Fees          $1,540.00
Current disbursements          $150.00

TOTAL CURRENT CHARGES FOR THIS BILL          $1,690.00

# GIBBEL KRAYBILL & HESS
### 41 EAST ORANGE STREET
### LANCASTER PA 17602
### (717)291-1700

September 11, 2001

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

Invoice# 16857   VBN
Our file#   017020   00001
Billed through   08/31/2001

**EDUCATION OF KELSEY**

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 08/21/2001 | VBN | Draft Joint Case Management Plan. | | | | | |
| | | | 1.30 | hrs | 175.00 | /hr | $227.50 |
| 08/23/2001 | VBN | First draft of Joint Case Management Plan. | | | | | |
| | | | 1.90 | hrs | 175.00 | /hr | $332.50 |
| 08/26/2001 | VBN | Revise Joint Case Management Plan. | | | | | |
| | | | 1.30 | hrs | 175.00 | /hr | $227.50 |
| 08/27/2001 | VBN | Final revisions to Joint Case Management Plan, send to opposing counsel. | | | | | |
| | | | 1.50 | hrs | 175.00 | /hr | $262.50 |
| Narehood, Vivian B. | | | 6.00 | hrs | 175.00 | /hr | $1,050.00 |
| | | **Fees charged for this matter** | 6.00 | hrs | | | $1,050.00 |

BILLING SUMMARY

| | | |
|---|---|---|
| Current Fees | | $1,050.00 |
| TOTAL CURRENT CHARGES FOR THIS BILL | | $1,050.00 |

**GIBBEL KRAYBILL & HESS**
41 EAST ORANGE STREET
LANCASTER PA  17602
(717)291-1700

October 9, 2001

|  |  |
|---|---|
| GERARD A & MARGARET FORD BOSCACCY<br>3113 DICKENSON AVENUE<br>CAMP HILL, PA 17011 | Invoice#  17348    VBN<br>Our file#   017020    00001<br>Billed through   09/30/2001 |

**EDUCATION OF KELSEY**

<u>FOR PROFESSIONAL SERVICES RENDERED</u>

| 09/06/2001 | VBN | Final version of Joint Case Management Plan. | | | |
|---|---|---|---|---|---|
| | | 2.00 hrs | 175.00 | /hr | $350.00 |
| 09/12/2001 | VBN | Prepare for, travel to and attend scheduling conference in federal court. | | | |
| | | 2.90 hrs | 175.00 | /hr | $507.50 |
| Narehood, Vivian B. | | 4.90 hrs | 175.00 | /hr | $857.50 |

**Fees charged for this matter**          4.90  hrs          $857.50

<u>DISBURSEMENTS</u>

| 09/06/2001 | UPS Shipment - J. Wiley, Esquire | $10.25 |
|---|---|---|
| 09/19/2001 | UPS Shipment - Clerk of Courts | $10.38 |

**Expenses charged for this matter**          $20.63

<u>BILLING SUMMARY</u>

| Current Fees | $857.50 |
|---|---|
| Current disbursements | $20.63 |
| TOTAL CURRENT CHARGES FOR THIS BILL | $878.13 |

# GIBBEL KRAYBILL & HESS
41 EAST ORANGE STREET
LANCASTER PA  17602
(717)291-1700

November 8, 2001

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

Invoice#  17713    VBN
Our file#    017020    00001
Billed through   10/31/2001

## EDUCATION OF KELSEY

### FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 10/02/2001 | CTG | Review pleadings for preparation of summary judgment motion | | | | | |
| | | | 2.60 | hrs | 60.00 | /hr | $156.00 |
| 10/29/2001 | CTG | Motion; Rresearch; Review exhibits. | | | | | |
| | | | 7.90 | hrs | 60.00 | /hr | $474.00 |
| 10/30/2001 | CTG | Revisions to Motion; additional research, additional review of exhibits. | | | | | |
| | | | 4.70 | hrs | 60.00 | /hr | $282.00 |
| 10/31/2001 | CTG | Continue revisions to Motion; begin dictating revised motion. | | | | | |
| | | | 7.95 | hrs | 60.00 | /hr | $477.00 |
| Grygier, Colleen T. | | | 23.15 | hrs | 60.00 | /hr | $1,389.00 |
| | | **Fees charged for this matter** | 23.15 | hrs | | | $1,389.00 |

### BILLING SUMMARY

| | |
|---|---|
| Current Fees | $1,389.00 |
| TOTAL CURRENT CHARGES FOR THIS BILL | $1,389.00 |

# GIBBEL KRAYBILL & HESS
### 41 EAST ORANGE STREET
### LANCASTER PA 17602
### (717)291-1700

December 10, 2001

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

Invoice# 18101    VBN
Our file#   017020    00001
Billed through   11/30/2001

## EDUCATION OF KELSEY

### FOR PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2001 | CTG | Continue dictation of Motion; Revise Motion | 6.80 hrs | 60.00 /hr | $408.00 |
| 11/02/2001 | CTG | Additional revisions to Motion | 4.30 hrs | 60.00 /hr | $258.00 |
| 11/03/2001 | VBN | Draft portion of Brief. | 3.00 hrs | 175.00 /hr | $525.00 |
| 11/05/2001 | CTG | Continue work / revisions to Motion and Brief | 8.55 hrs | 60.00 /hr | $513.00 |
| 11/06/2001 | VBN | Revise brief, re: Panel's standard of review. | 2.00 hrs | 175.00 /hr | $350.00 |
| 11/06/2001 | CTG | Continue work on Brief and Motion for Summary Judgment | 2.50 hrs | 60.00 /hr | $150.00 |
| 11/07/2001 | VBN | Telephone conference with client. | 0.30 hrs | 175.00 /hr | $52.50 |
| 11/07/2001 | CTG | Continue revisions and additions to Motion and Brief | 4.50 hrs | 60.00 /hr | $270.00 |
| 11/08/2001 | CTG | Continue re-working Motion and Brief; Review draft | 6.20 hrs | 60.00 /hr | $372.00 |
| 11/09/2001 | CTG | Additional revisions to Motion and Brief | 5.20 hrs | 60.00 /hr | $312.00 |
| 11/11/2001 | CTG | Re-work Motion and Brief; Revise | | | |

| | | | 4.60 | hrs | 60.00 | /hr | $276.00 |
|---|---|---|---|---|---|---|---|
| 11/12/2001 | CTG | Final revisions to Brief and Motion; Arrange exhibits | | | | | |
| 11/13/2001 | CTG | Conference with Attorney Narehood; Finalize revisions | 7.20 | hrs | 60.00 | /hr | $432.00 |
| 11/13/2001 | VBN | Proof motion. | 2.70 | hrs | 60.00 | /hr | $162.00 |
| 11/14/2001 | CTG | Final revisions; Prepare exhibits and file | 1.60 | hrs | 175.00 | /hr | $280.00 |
| 11/28/2001 | VBN | Review Defendant's brief. | 2.70 | hrs | 60.00 | /hr | $162.00 |
| 11/28/2001 | CTG | Review of Defendant's motion and brief; Summary of the main points and conference with Attorney Narehood | 1.00 | hrs | 175.00 | /hr | $175.00 |
| | | | 0.75 | hrs | 60.00 | /hr | $45.00 |
| Narehood, Vivian B. | | | 7.90 | hrs | 175.00 | /hr | $1,382.50 |
| Grygier, Colleen T. | | | 56.00 | hrs | 60.00 | /hr | $3,360.00 |
| | | **Fees charged for this matter** | 63.90 | hrs | | | $4,742.50 |

## DISBURSEMENTS

| 11/29/2001 | UPS Shipment - U.S. District Court | $22.55 |
|---|---|---|
| 11/29/2001 | UPS Shipment - U S District Court | $10.38 |
| | **Expenses charged for this matter** | $32.93 |

## BILLING SUMMARY

| | |
|---|---|
| Current Fees | $4,742.50 |
| Current disbursements | $32.93 |
| TOTAL CURRENT CHARGES FOR THIS BILL | $4,775.43 |

# GIBBEL KRAYBILL & HESS
### 41 EAST ORANGE STREET
### LANCASTER PA  17602
### (717)291-1700

January 9, 2002

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

Invoice#  18547     VBN
Our file#    017020    00001
Billed through    12/31/2001

**EDUCATION OF KELSEY**

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | | Rate | | Amount |
|------|------|-------------|-------|---|------|---|--------|
| 12/01/2001 | VBN | Review Defendants Brief and draft a reply. | | | | | |
| | | | 2.00 | hrs | 175.00 | /hr | $350.00 |
| 12/05/2001 | CTG | Review reply brief, fill-in citations from record | | | | | |
| | | | 1.50 | hrs | 120.00 | /hr | $180.00 |
| Narehood, Vivian B. | | | 2.00 | hrs | 175.00 | /hr | $350.00 |
| Grygier, Colleen T. | | | 1.50 | hrs | 120.00 | /hr | $180.00 |

**Fees charged for this matter**     3.50  hrs     $530.00

DISBURSEMENTS

| 12/20/2001 | UPS Shipment - U.S. District Court | $10.38 |
|------------|-----------------------------------|--------|

**Expenses charged for this matter**     $10.38

BILLING SUMMARY

| Current Fees | $530.00 |
|--------------|---------|
| Current disbursements | $10.38 |

TOTAL CURRENT CHARGES FOR THIS BILL     $540.38

# GIBBEL KRAYBILL & HESS
41 EAST ORANGE STREET
LANCASTER PA  17602
(717)291-1700

February 12, 2002

GERARD A & MARGARET FORD BOSCACCY
3113 DICKENSON AVENUE
CAMP HILL, PA 17011

Invoice#  19028    VBN
Our file#    017020    00001
Billed through   01/31/2002

**EDUCATION OF KELSEY**

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/02/2002 | CTG | Check cites for 3rd Circuit caselaw in brief. | | | | |
| | | | 0.30 hrs | 120.00 | /hr | $36.00 |
| 01/09/2002 | VBN | Conference call with clients. | | | | |
| | | | 0.30 hrs | 175.00 | /hr | $52.50 |
| Narehood, Vivian B. | | | 0.30 hrs | 175.00 | /hr | $52.50 |
| Grygier, Colleen T. | | | 0.30 hrs | 120.00 | /hr | $36.00 |

**Fees charged for this matter**          0.60  hrs          $88.50

BILLING SUMMARY

Current Fees                                                  $88.50

TOTAL CURRENT CHARGES FOR THIS BILL          $88.50

| Invoice # | 00000011 | | Date: | 12/1/200 |
|---|---|---|---|---|

Gerard and Margaret Ford -Boscaccy
3113 Dickinson Avenue
Camp Hilll, PA 17011-5231

Attention: *Kelsey Boscaccy*

Greystone Psychological Centre
Alan Babcock
43 North Lime Street
Lancaster, PA. 17602
299-5433

**Terms: Net 30**

| For Services | 9/14/2000 | 96100 | | $ | 220.00 |
|---|---|---|---|---|---|
| For Services | 9/16/2000 | 96100 | | $ | 140.00 |
| For Services | 10/3/2000 | 96100 | | $ | 275.00 |
| For Services | 10/20/2000 | 96100 | | $ | 350.00 |
| For Services | 12/1/2000 | Hearing in Camp Hill | | $ | 395.00 |
| | | 2.5 Hours- $275.00 | | | |
| | | Travel to Camp Hill | | | |
| | | 2.0 Hours- $120.00 | | | |

**Total**                                          $    1380.00

*B*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GERARD B. and MARGARET F., as Parents and )
Nearest Friends of KELSEY B., )
    Plaintiffs )
                       ) No. 1:CV-01-1082
       v. )
                       )
CAMP HILL SCHOOL DISTRICT, )
    Defendant

## AFFIDAVIT OF VIVIAN B. NAREHOOD
## IN SUPPORT OF PLAINTIFFS' CLAIM FOR ATTORNEY'S FEES

After having been duly sworn, I, Vivian B. Narehood, certify as follows:

1.     I am a 1990 graduate of Widener University School of Law.

2.     I joined the law firm of Gibbel, Kraybill & Hess in 1990. I began practicing in the area of special education law at that time.

3.     I became a partner in the law firm of Gibbel, Kraybill & Hess in 1995. The firm handles civil cases, including cases concerning the rights of children and adults with disabilities.

4.     In the last eight (8) years, my practice has become increasingly specialized in the area of the rights of school aged children with disabilities.

5.     I am a regular panelist in annual special education conferences hosted by the PBI and Lehigh University.

6.    A partial list of cases in which I have served as counsel for parents related to special education issues is as follows:

    a.    <u>Warren G. and Grant G. v. Cumberland County School District</u>, 190 F.3d 80, 138 Ed. Law Rep. 91 (3rd Cir.[Pa.], Aug. 25, 1999) (No. 98-7512 98-7517);

    b.    <u>(Lynn T.) In Re: Residence Hearing before Board of School Directors, Cumberland Valley School District</u>, 560 Pa. 366, 744 A.2d 1272, 141 Ed. Law Rep. 872 (Pa., Jan. 20, 2000);

    c.    <u>Susquenita School District v. Raelee S.</u>, 96 F.3d 78 (3rd Cir. 1996), No. 4:CV-95-1063 (M.D. Pa.);

    d.    <u>Amy F. v. Brandywine Heights Area School District</u>, No. 95-1687 (E.D. Pa.);

    e.    <u>Rairdan M. v. Solanco School District</u>, 97-CV-5864 (E.D.Pa. 1998);

    f.    <u>In Re:  Educational Assignment of Melissa S.</u>, a Student in the Lancaster School District, Spec. Ed. Op. No. 921; and

    g.    <u>In Re:  Educational Assignment of Dustin T.</u>, a Student in the Warwick School District, Spec. Ed. Op. No. 928.

    h.    <u>In Re:  Educational Assignment of Michael S.</u>, Spec. Ed. Op. No. 1058;

    i.    <u>In Re:  Educational Assignment of Michael Z.</u>, Spec. Ed. Op. No. 1107;

    j.    <u>In Re:  Educational Assignment of Jeffrey K.</u>, Spec. Ed. Op. No. 1150.

7.    I am a member of the Pennsylvania Bar Association and the Bar Association of Lancaster County.  I am also a member of the Pennsylvania Bar Association's Committee on the Rights of Exceptional Children, and on the Board of Directors of the Education Law Center.

8.    I am admitted to practice before the U. S. Court of Appeals for the Third Circuit, the U. S. District Court for the Eastern and Middle Districts of Pennsylvania, and the Pennsylvania Supreme Court.

9.    As of February 1, 2002, Gibbel, Kraybill & Hess established my current fee of $200.00/hour, concluding that this rate was fair and reasonable in the community, and accurately reflects the caliber of my work.  At the time of the litigation in issue, my fees were $165.00 - $175.00 per hour.  To save costs where possible, I utilized the services of a law clerk, billed out at the rate of $60.00/hour at the time of the litigation in issue.

10.   To date, no court has ever found my rates to be unreasonable.

11.   See, also, affidavit attached from Attorney Dennis McAndrews, a special education attorney of high reputation in southeastern Pennsylvania, as well as a Special Education Hearing Officer.

Date: _May  19, 2003_                    _Vivian B. Narehood_
                                         Vivian B. Narehood

3

COMMONWEALTH OF PENNSYLVANIA )
                             )   SS:
COUNTY OF LANCASTER          )


ON THIS, the 19th day of May , 2003, before me, a Notary Public, the undersigned officer, personally appeared Vivian B. Narehood, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within Affidavit and acknowledged that she executed the same for the purposes therein contained.

WITNESS my hand and notarial seal.

Shelley Leaman
Notary Public

Notarial Seal
Shelley R. Leaman, Notary Public
Lancaster, Lancaster County
My Commission Expires Nov. 15, 2003
Member, Pennsylvania Association of Notaries

4

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this __2nd__ day of ___June___, 2003, served the foregoing Amended Motion for Attorneys' Fees and Costs and Related Expenses upon the person and in the manner indicated below.

Service by UPS overnight delivery, addressed as follows:

> Jason R. Wiley, Esquire
> Sweet, Stevens, Tucker & Katz
> 331 East Butler Avenue
> P. O. Box 5069
> New Britain, PA  18901

GIBBEL, KRAYBILL & HESS

By: _____
Vivian B. Narehood
Attorney for Plaintiffs
41 East Orange Street
Lancaster, PA  17602
(717) 291-1700
Sup. Ct. I.D. No. 59866