*7er ba*
*TPD ae~*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERARD B. and MARGARET B.,    :    No. 1:01-CV-01082
as Parents and Nearest Friends of   :
KELSEY B.,                 :    (Judge Kane)
                              :
      Plaintiffs - Appellees      :
                              :
      v.                       :
                              :
CAMP HILL SCHOOL DISTRICT,    :
                              :
      Defendant - Appellant      :

```
FILED
JUN 0 6 2003
MARY E. D'ANDREA, CLERK
PER ___ HBG, PA DEPUTY CLERK
```

## NOTICE OF APPEAL

Notice is hereby given that Defendant - Appellant, Camp Hill School District, in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum and Decision of the Honorable Yvette Kane dated May 7, 2003 and the Judgment entered on May 8, 2003 by Mary E. D'Andrea, Clerk of Court.

Respectfully submitted,

SWEET, STEVENS, TUCKER & KATZ LLP

Date: June 5, 2003               By: _____
                                Ellis H. Katz, Esquire, Atty. I.D. #34835
                                Jason R. Wiley, Esquire, Atty. I.D. #79874
                                331 Butler Avenue, P.O. Box 5069
                                New Britain, Pennsylvania 18901
                                215-345-9111

                                Attorneys for Defendant - Appellant,
                                Camp Hill School District

Fri Jun  6 11:48:05 2003

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.    111 138849
Cashier          pamela

Tender Type  CHECK

Check Number: 3840

Transaction Type   H

DO Code    Div No.      Acct
4667         1         086900

Amount               $   105.00

SWEET STEVENS TUCKER AND KATZ LLP  43
1 BUTLER AVE NEW BRITIAN, PA

MOA IN 01-CV-1082

by