OFFICE OF THE CLERK

**Marcia M. Waldron**
CLERK

# United States Court of Appeals

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

June 11, 2003

Mary E. D'Andrea, Clerk
United States District Court
  for the Middle District of Pennsylvania
228 Walnut Street, Room 1060
Harrisburg, PA 17108

Re: Docket No. 03-2692
    B. et al. v. Camp Hill School District
    D.C. No. 01-cv-01082

Dear Ms. D'Andrea:

I am returning the record which was inadvertently sent to our office.

Very truly yours,
Marcia M. Waldron,  Clerk

By: Charlene Crisden
    Case Manager (267) 299-4923