

# ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERARD B. and MARGARET B.,     :     No. 1:01-CV-01082
as Parents and Nearest Friends of    :
KELSEY B.,                         :     (Judge Kane)
                                 :
    Plaintiffs,                 :
                                 :
    v.                          :
                                 :
CAMP HILL SCHOOL DISTRICT,    :
                                 :
    Defendant.               :

## MOTION FOR EXENSION OF TIME OF DEFENDANT,
## CAMP HILL SCHOOL DISTRICT

AND NOW, the Defendant, Camp Hill School District, by and through its attorneys,

Sweet, Stevens, Tucker & Katz LLP, respectfully requests an extension of five (5) days, until

June 23, 2003, to respond to Plaintiffs' Amended Motion for Attorneys' Fees and Costs and

Related Expenses. Counsel for Plaintiffs concur with this Motion for an Extension of Time.

                    Respectfully submitted,

                    **SWEET, STEVENS, TUCKER & KATZ LLP**

Date: <u>June 17, 2003</u>           By:_____

                    Ellis H. Katz, Esquire, Atty. I.D. # 34835
                    Jason R. Wiley, Esquire, Atty. I.D. # 79874
                    331 Butler Avenue, P. O. Box 5069
                    New Britain, Pennsylvania 18901
                    (215) 345-9111

                    Attorneys for Defendant,
                    Camp Hill School District

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERARD B. and MARGARET B.,** | : | **No. 1:01-CV-01082** |
| **as Parents and Nearest Friends of** | : | |
| **KELSEY B.,** | : | **(Judge Kane)** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CAMP HILL SCHOOL DISTRICT,** | : | |
| | : | |
| **Defendant.** | : | |

### CERTIFICATE OF SERVICE

I, Jason R. Wiley, Esquire, counsel for Camp Hill School District hereby certify that a true and correct copy of the foregoing Motion for Extension of Time was mailed to the following counsel at the following address, *via* regular U.S. Mail, on this date:

> Vivian B. Narehood, Esquire
> Gibbel, Kraybill & Hess
> 41 East Orange Street
> Lancaster, Pennsylvania 17602

**SWEET, STEVENS, TUCKER & KATZ LLP**

Date: June 17, 2003          By: _____
Ellis H. Katz, Esquire, Atty. I.D. # 34835
Jason R. Wiley, Esquire, Atty. I.D. #79874
331 Butler Avenue, P. O. Box 5069
New Britain, Pennsylvania 18901
(215) 345-9111

Attorneys for Defendant,
Camp Hill School District