# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERARD B. and MARGARET B., | : | No. 1:01-CV-01082 |
| as Parents and Nearest Friends of | : | |
| KELSEY B., | : | (Judge Kane) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CAMP HILL SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF CONCURRENCE

The undersigned sought the concurrence in the foregoing Motion from opposing counsel,

Vivian B. Narehood, Esquire.  Ms. Narehood concurs with the Motion.

SWEET, STEVENS, TUCKER & KATZ LLP

Date:  June 17, 2003

By: _____
Ellis H. Katz, Esquire, Atty. I.D. # 34835
Jason R. Wiley, Esquire, Atty. I.D. #79874
331 Butler Avenue, P. O. Box 5069
New Britain, Pennsylvania  18901
(215) 345-9111

Attorneys for Defendant,
Camp Hill School District