# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERARD B. and MARGARET B., | : | No. 1:01-CV-01082 |
| as Parents and Nearest Friends of | : | |
| KELSEY B., | : | (Judge Kane) |
| | : | |
|     Plaintiffs, | : | |
| | : | |
|     v. | : | |
| | : | |
| CAMP HILL SCHOOL DISTRICT, | : | |
| | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2003, upon consideration of the Defendant, Camp Hill School District District's Motion for Extension of Time to respond to Plaintiffs' Amended Motion for Attorney's Fees and Costs and Related Expenses, it is hereby ORDERED that the Motion is GRANTED and the Defendant shall respond to Plaintiffs' Amended Motion for Attorneys' Fees and Costs and Related Expenses on or before June 23, 2003.

**BY THE COURT:**

_____
                   **Kane, J.**