ORIGINAL
2 to cl

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GERARD B. and MARGARET F., as Parents and )
Nearest Friends of KELSEY B. )
    Plaintiff )
                                        )
       v. )   No. 1:CV-01-1082
                                         )   J. Kane
CAMP HILL SCHOOL DISTRICT, )
    Defendant )

FILED
HARRISBURG, PA

JUN 1 8 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## CERTIFICATE OF NON-CONCURRENCE

    I certify that I have conferred with Counsel for the Defendant, Jason R. Wiley, Esquire,

who does not concur with Plaintiff's Motion for Attorney's Fees and Costs and Related

Expenses, or the Amended Motion, filed with this Court.

                    Respectfully submitted,

                    GIBBEL, KRAYBILL & HESS

                By:  _____
                    Vivian B. Narehood
                    Attorney for Plaintiffs
                    41 East Orange Street
                    Lancaster, PA  17602
                    (717) 291-1700
                    Sup. Ct. Atty. I.D. #59866

## CERTIFICATE OF SERVICE

I hereby certify that I have this ___17th___ day of _____June_____, 2003, served the

foregoing Notice of Non-Concurrence upon the person and in the manner indicated below.

    Service by first class mail, addressed as follows:

> Jason R. Wiley, Esquire
> Sweet, Stevens, Tucker & Katz
> 331 East Butler Avenue
> P. O. Box 5069
> New Britain, PA  18901

GIBBEL, KRAYBILL & HESS

By: _____

Vivian B. Narehood
Attorney for Plaintiffs
41 East Orange Street
Lancaster, PA  17602
(717) 291-1700
Sup. Ct. I.D. No. 59866