# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERARD B. and MARGARET B., : No. 1:01-CV-01082
as Parents and Nearest Friends of :
KELSEY B., : (Judge Kane)
 :
  Plaintiffs, :
 :
  v. :
 :
CAMP HILL SCHOOL DISTRICT, :
 :
  Defendant. :

**FILED**
**HARRISBURG**

JUN 2 4 2003

MARY E. D'ANDREA, CLERK
Per_____
  DEPUTY CLERK

## ORDER

AND NOW, this 23rd day of June , 2003, upon consideration of the

Defendant, Camp Hill School District District's Motion for Extension of Time to respond to

Plaintiffs' Amended Motion for Attorney's Fees and Costs and Related Expenses, it is hereby

ORDERED that the Motion is GRANTED and the Defendant shall respond to Plaintiffs'

Amended Motion for Attorneys' Fees and Costs and Related Expenses on or before June 23,

2003.

     BY THE COURT:

         Kane, J.