

ORIGINAL

2 to U

FILED

JUL 0 2 2003

_____ PA.   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GERARD B. and MARGARET F., as Parents and ) 
Nearest Friends of KELSEY B., )
    Plaintiffs )
                            ) No. 1:CV-01-1082
      v. )
                            )
CAMP HILL SCHOOL DISTRICT, )
    Defendant

## AFFIDAVIT OF BECKY A. DAVIS
## REGARDING FEES CHARGED BY GIBBEL, KRAYBILL & HESS

After having been duly sworn, I, Becky A. Davis, do hereby certify as follows:

1.      I am the legal administrator for Gibbel, Kraybill & Hess, a law firm located at 41 East Orange Street, Lancaster, Pennsylvania, 17601.

2.      At all times material hereto, Sandra D. Wolski was Attorney Vivian Narehood's secretary and paralegal. At the time of this proceeding, we billed her legal work at $65.00 per hour. She does not bill for purely secretarial work.

3.    At all times material hereto, Colleen T. Grygier was a law clerk for Attorney Vivian Narehood.  Her billable rate was $60.00 per hour.  After she passed the bar and was admitted to practice in Pennsylvania, her billable rate was increased to $120.00 per hour.


_Becky A. Davis_
Becky A. Davis


| | | |
|---|---|---|
| COMMONWEALTH OF PA | ) | |
| | ) | SS: |
| COUNTY OF LANCASTER | ) | |

ON THIS, the ___30th___ day of ___June___, 2003, before me, a Notary Public, the undersigned officer, personally appeared Becky A. Davis, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

WITNESS my hand and notarial seal.

_Cristy L. Hume_
Notary Public

Notarial Seal
Cristy L. Hume, Notary Public
City Of Lancaster, Lancaster County
My Commission Expires Mar. 24, 2007
Member, Pennsylvania Association Of Notaries

2

# GIBBEL KRAYBILL & HESS
## 41 EAST ORANGE STREET
## LANCASTER PA  17602
## (717)291-1700

June 19, 2003

MARGARET  FORD
519 NORTH THIRD STREET
LIBERTYVILLE, IL 60048

Invoice# 26080    VBN
Our file#    017020    00001
Billed through   05/31/2003

**EDUCATION OF KELSEY**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 05/16/2003 | VBN | Prepare Motion and Brief for attorney's fees & costs. | | | | | |
| | | | 2.00 | hrs | 200.00 | /hr | $400.00 |
| 05/19/2003 | VBN | Revise Motion & Brief for Attorney's fees & costs. | | | | | |
| | | | 1.00 | hrs | 200.00 | /hr | $200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Narehood, Vivian B. | | 3.00 | hrs | 200.00 | /hr | $  600.00 |
| **Fees charged for this matter** | | 5.00 | hrs | | | $  600.00 |

## BILLING SUMMARY
| | | |
|---|---|---|
| Current Fees | | $  600.00 |
| TOTAL CURRENT CHARGES FOR THIS BILL | | $  600.00 |

# GIBBEL KRAYBILL & HESS
### 41 EAST ORANGE STREET
### LANCASTER PA  17602
### (717)291-1700

July 1, 2003

MARGARET  FORD
519 NORTH THIRD STREET
LIBERTYVILLE, IL 60048

Invoice#  26386     VBN
Our file#     017020     00001
Billed through    06/30/2003

**EDUCATION OF KELSEY**

FOR PROFESSIONAL SERVICES RENDERED

| 06/27/2003 | VBN | Review Fee Petition, prepare response to Defendant's objections; prepare affidavit for B. Davis. | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1.00 | hrs | 200.00 | /hr | $200.00 |
| Narehood, Vivian B. | | | 1.00 | hrs | 200.00 | /hr | $200.00 |
| | | **Fees charged for this matter** | | | 1.00 | hrs | $200.00 |

BILLING SUMMARY

| | | |
|---|---|---|
| | Current Fees | $200.00 |
| | TOTAL CURRENT CHARGES FOR THIS BILL | $200.00 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this ___1st___ day of _____July_____, 2003, served the foregoing Plaintiff's Response to Defendant's Brief in Opposition to Plaintiff's Amended Motion for Attorney's Fees and Costs upon the person and in the manner indicated below.

Service by first class mail, addressed as follows:

Jason R. Wiley, Esquire
Sweet, Stevens, Tucker & Katz
331 East Butler Avenue
P. O. Box 5069
New Britain, PA 18901

GIBBEL, KRAYBILL & HESS

By: _____

Vivian B. Narehood
Attorney for Plaintiffs
41 East Orange Street
Lancaster, PA 17602
(717) 291-1700
Sup. Ct. I.D. No. 59866