August 11, 2003

*V<small>IA</small> ECF S<small>YSTEM</small> O<small>NLY</small>*

Mary E. D'Andrea, Clerk of Court
U.S. District Court for the Middle District of Pennsylvania
Federal Building & U.S. Courthouse
228 Walnut Street
Harrisburg, Pennsylvania  17108

Re:   Gerard B., *et al.,* v. Camp Hill School District
      U.S. District Court for the Middle District of Pennsylvania
      Civil Action No. 1:CV-01-1082
      Our File No. 352.0133

Dear Ms. D'Andrea:

   Pursuant to a recent telephone conversation with your office, I am writing to inform you that Paul L. Stevens is deceased and should be removed from the docket as an attorney representing Defendant Camp Hill School District in regard to the above-referenced matter. Please revise your records accordingly.

   If you have any questions concerning this matter, please do not hesitate to contact the undersigned.

                                        Very truly yours,

                                        /s/ Jason R. Wiley

                                        Jason R. Wiley
                                        For SWEET, STEVENS, TUCKER & KATZ LLP

JRW/bmp