**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 3-2692
---

B., et al.

vs.

Camp Hill Sch Dist

(Middle District of Pennsylvania Civil No. 01-cv-01082)

O R D E R

    In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

A TRUE COPY:

*Kathleen Brouwer*
Kathleen Brouwer,
Chief Deputy Clerk

*Kathleen Brouwer*
Chief Deputy Clerk
United States Court of Appeals
for the Third Circuit

Date: September 18, 2003

cc:
    Vivian B. Narehood, Esq.
    Jason R. Wiley, Esq.
    Ellis H. Katz, Esq.